SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS LLC dba WINCO #37

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC dba WINCO #37,<br><br>    Defendant. | Case No. 2:15-CV-01294-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144]** |

Pursuant to the provisions of Local Rule 144, plaintiff ROBERT KALANI ("plaintiff") and defendant WINCO FOODS, LLC dba WINCO #37 ("WinCo"), by and through their respective counsel, hereby stipulate that WinCo may have a 21-day extension of time in which to respond to plaintiff's Complaint. This is the second extension of time to respond to the Complaint. Pursuant to this extension, a response by WinCo shall be due on or before August 28, 2015.

This stipulation and extension will not affect or alter any deadline previously set by Court order.

///

///

///

///

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
20594772v.1

The reason for the present extension is that WinCo is continuing to investigate the allegations to explore whether further litigation can be avoided.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: August 7, 2015                    SEYFARTH SHAW LLP


By   /s/  Kristina Launey
     Kristina M. Launey
Attorneys for Defendant
WinCo Foods, LLC

DATED: August 7, 2015                    MOORE LAW FIRM, P.C.


By   /s/ Tanya Moore
     Tanya E. Moore
Attorneys for Plaintiff
Robert Kalani

**IT IS SO ORDERED.**

Dated:  August 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge