1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
4  Facsimile:  (916) 558-4839

5  Attorneys for Defendant
   WINCO FOODS LLC dba WINCO #37
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10  ROBERT KALANI,                       )   Case No. 2:15-CV-01294-GEB-CKD
                                         )
11             Plaintiff,                )   **STIPULATION AND
                                         )   ORDER EXTENDING TIME TO
12        v.                             )   RESPOND TO COMPLAINT**
                                         )
13  WINCO FOODS, LLC dba WINCO #37,      )   **[L.R. 144]**
                                         )
14             Defendant.                )
                                         )
15                                       )
                                         )
16

17        Pursuant to the provisions of Local Rule 144, plaintiff ROBERT KALANI ("plaintiff")

18  and defendant WINCO FOODS, LLC dba WINCO #37 ("WinCo"), by and through their

19  respective counsel, hereby stipulate that WinCo may have a 21-day extension of time in which to

20  respond to plaintiff's Complaint.  This is the third extension of time to respond to the Complaint.

21  Pursuant to this extension, a response by WinCo shall be due on or before September 25, 2015.

22        This stipulation and extension will not affect or alter any deadline previously set by Court

23  order.

24  ///

25  ///

26  ///

27  ///

28

The reason for the extension is that WinCo is continuing to investigate the allegations to explore whether further litigation can be avoided.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.


DATED: August 28, 2015                    SEYFARTH SHAW LLP


By___/s/  Kristina Launey_____
        Kristina M. Launey
Attorneys for Defendant
WinCo Foods, LLC

DATED: August 28, 2015                    MOORE LAW FIRM, P.C.


By___/s/ Tanya Moore_____
        Tanya E. Moore
Attorneys for Plaintiff
Robert Kalani


**IT IS SO ORDERED.**

Dated:  August 28, 2015


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-