Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>WINCO FOODS, LLC, a Delaware limited liability company, dba WINCO #37;<br><br>    Defendant. | No.  2:15-cv-01294-GEB-CKD<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Robert Kalani ("Plaintiff"), and Defendant, WinCo Foods, LLC, a Delaware limited liability company, dba WinCo #37 ("Defendant," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Status (Pretrial Scheduling) Order dated October 20, 2015 (Dkt. 13) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendant, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's

1  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
2  filed.
3  **IT IS SO STIPULATED**.
4  Dated:  November 30, 2015                              MOORE LAW FIRM, P.C.

                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff,
                                                        Robert Kalani

   Dated:  November 30, 2015                              SEYFARTH SHAW LLP

                                                        */s/ Myra B. Villamor*
                                                        Kristina M. Launey
                                                        Myra B. Villamor
                                                        Attorneys for Defendant,
                                                        WinCo Foods, LLC dba WinCo #37

## ORDER

   The Parties having so stipulated,

   **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

   **IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated:  December 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER