SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT KALANI, | ) Case No. 2:15-CV-01294-GEB-CKD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| WINCO FOODS, LLC, a Delaware limited liability company, dba WINCO #37, | ) |
| Defendant. | ) |

Plaintiff ROBERT KALANI and defendant WINCO FOODS, LLC (collectively "the Parties"), by and through their respective counsel, hereby stipulate that the Settlement Conference currently scheduled for December 15, 2015 at 9:30 a.m. be continued to February 23, 2015 at 9:30 a.m. in Courtroom 24, before the Honorable Carolyn K. Delaney.

The Parties have requested this extension of time in order to more fully explore and exhaust their informal settlement efforts prior to engaging the services and resources of the Court.

The Parties further stipulate that they shall submit their respective confidential settlement conference statements no more than seven days prior to the Settlement Conference.

////

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: December 8, 2015						SEYFARTH SHAW LLP


								By  /s/  Kristina Launey
								     Kristina M. Launey
								Attorneys for Defendant
								WinCo Foods, LLC

DATED: December 8, 2015						MOORE LAW FIRM, P.C.


								By  /s/ Tanya Moore
								     Tanya E. Moore
								Attorneys for Plaintiff
								Robert Kalani

# **ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court hereby orders as follows:

1. The December 15, 2015 Settlement Conference shall be continued to February 23, 2016 at 9:30 a.m. in Courtroom 24.

2. The Parties shall submit their confidential settlement conference statements to the Court no later than seven days prior to the Settlement Conference.

**IT IS SO ORDERED.**

Dated:  December 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE