1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   WINCO FOODS LLC dba WINCO #37

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROBERT KALANI, | Case No. 2:15-CV-01294-GEB-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| WINCO FOODS, LLC dba WINCO #37, | **[L.R. 144]** |
| Defendant. | |

Pursuant to the provisions of Local Rule 144, plaintiff ROBERT KALANI ("plaintiff") and defendant WINCO FOODS, LLC dba WINCO #37 ("WinCo"), by and through their respective counsel, hereby stipulate that WinCo may have a 21-day extension of time in which to respond to plaintiff's First Amended Complaint. This is the first extension of time to respond to the First Amended Complaint. Pursuant to this extension, a response by WinCo shall be due on or before January 7, 2016.

This stipulation and extension will not affect or alter any deadline previously set by Court order.

///

///

///

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

23418354v.1

1   The reason for the extension is that WinCo is continuing to investigate the allegations to
2   explore whether further litigation can be avoided.
3   Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this
4   document on her behalf.

DATED: December 17, 2015             SEYFARTH SHAW LLP

                                     By  /s/  Kristina Launey
                                         Kristina M. Launey
                                     Attorneys for Defendant
                                     WinCo Foods, LLC

DATED: December 17, 2015             MOORE LAW FIRM, P.C.

                                     By  /s/ Tanya Moore
                                         Tanya E. Moore
                                     Attorneys for Plaintiff
                                     Robert Kalani

**IT IS SO ORDERED.**

Dated:  December 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

23418354v.1