1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   WINCO FOODS LLC dba WINCO #37
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | ROBERT KALANI,              ) Case No. 2:15-CV-01294-GEB-CKD
                                 )
11 |     Plaintiff,               ) **SECOND STIPULATION AND**
                                 ) **[PROPOSED] ORDER EXTENDING**
12 |   v.                         ) **TIME TO RESPOND TO FIRST**
                                 ) **AMENDED COMPLAINT**
13 | WINCO FOODS, LLC dba WINCO #37, )
                                 ) **[L.R. 144]**
14 |     Defendant.               )
                                 )
15                               )
                                 )
16

17       Pursuant to the provisions of Local Rule 144, plaintiff ROBERT KALANI ("plaintiff")

18 and defendant WINCO FOODS, LLC dba WINCO #37 ("WinCo"), by and through their

19 respective counsel, hereby stipulate that WinCo may have a 21-day extension of time in which to

20 respond to plaintiff's First Amended Complaint. This is the second extension of time to respond

21 to the First Amended Complaint. Pursuant to this extension, a response by WinCo shall be due

22 on or before January 28, 2016.

23       This stipulation and extension will not affect or alter any deadline previously set by Court

24 order.

25 ///

26 ///

27 ///

28

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST
AMENDED COMPLAINT

23843518v.1

The reason for the extension is that the parties are engaged in discussions regarding resolution of this matter, which, if successful, would avoid further litigation.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: January 5, 2016                     SEYFARTH SHAW LLP


By    /s/  Kristina Launey
         Kristina M. Launey
Attorneys for Defendant
WinCo Foods, LLC

DATED: January 5, 2016                     MOORE LAW FIRM, P.C.


By    /s/ Tanya Moore
         Tanya E. Moore
Attorneys for Plaintiff
Robert Kalani

**IT IS SO ORDERED.**

Dated:  January 5, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-
SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
23843518v.1