1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | ) No. 2:15-cv-01294-JAM-CKD |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ACTION;  ORDER** |
| WINCO FOODS, LLC, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendant WinCo Foods, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: February 9, 2016                    MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Robert Kalani

Dated: February 9, 2016                    SEYFARTH SHAW LLP

                                           */s/ Kristina M. Launey*
                                           Kristina M. Launey
                                           Myra B. Villamor
                                           Attorneys for Defendant,
                                           WinCo Foods, LLC

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  2/9/2016                           /s/ John A. Mendez_____
                                           United States District Court Judge